IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

IN THE MATTER OF:

25-MC-

$11,000 of $15,907 UNITED STATES CURRENCY

_____

**STIPULATION TO EXTEND PLAINTIFF'S TIME
TO FILE COMPLAINT IN CIVIL FORFEITURE ACTION**

IT IS HEREBY STIPULATED and agreed upon by and between the United States of America by its attorney, Joel Louis Violanti, Acting United States Attorney for the Western District of New York, Melanie Bailey, Assistant United States Attorney, of counsel, and the claimant, Ailing Lin, pursuant to Title 18, United States Code, Section 983(a)(3)(A), that the government's time to file its Verified Complaint for Civil Forfeiture against the above-named property be extended from March 12, 2025 until June 12, 2025.

The parties to this Stipulation further agree that the claimant, Ailing Lin, may revoke her consent in writing to extend the time for the government to file its Verified Complaint for Civil Forfeiture against the above-named property, and in that event, the government shall then have ten (10) days from the date the government received notice of such action to file its Verified Complaint for Forfeiture.

JOEL LOUIS VIOLANTI
Acting United States Attorney
Western District of New York

Dated: 2/28/25          BY: *Melanie J. Bailey*
                            MELANIE BAILEY
                            Assistant United States Attorney
                            138 Delaware Avenue
                            Buffalo, New York 14202
                            716-843-5863
                            melanie.bailey@usdoj.gov

Dated: 2-28-235

AILING LIN
Claimant