

**U.S. Department of Justice**

*United States Attorney*
*Western District of New York*

*Federal Center*      *716/843-5700*
*138 Delaware Avenue*      *fax 716/551-5563*
*Buffalo, New York 14202*      *Writer's Telephone: 716/843-5863*
     *Melanie.bailey@usdoj.gov*

August 26, 2025

*Via ECF*

Hon. Lawrence J. Vilardo
United States District Court Judge
Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo, New York 14202

    Re:     <u>United States v. $11,000 of $15,907 United States Currency</u>
                25-mc-11

Dear Judge Vilardo:

    The government respectfully writes to inform the Court that the claimant and the government reached an out of court settlement agreement regarding the subject assets in the above referenced miscellaneous civil matter. Therefore, this miscellaneous civil matter may be closed.

    Should you have any questions and/or concerns, please do not hesitate to contact me at 716-843-5863.

    Thank you for your consideration in this regard.

                            Very truly yours,

                            Michael DiGiacomo
                            United States Attorney

               BY:     s/*MELANIE J. BAILEY*
                            Assistant United States Attorney